| □AO106 (Rev. 5/05) Affidavit for Search Warrant | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT COURT** | | | |
| | DISTRICT OF | | ALASKA |

| In the Matter of the Search of<br>(Name, address or brief description of person, property or premises to be searched)<br>US Priority Mail parcel addressed to "Carol Nashoanak, P.O. Box 71085, Stebbins, AK 99671" from "A. Henderson, 4510 Mink Ave, Apt 10, Anchorage, AK 99508" affixed with a Postal Validation Imprinter (PVI) label bearing number 00014398-29 with $16.45 in postage. | **APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT**<br><br>Case Number: 03:09:MJ:00134 - JDR |
|---|---|

| I, | Michael Kaminski | being duly sworn depose and say: |
|---|---|---|
| I am a(n) | United States Postal Inspector<br>Official Title | and have reason to believe |
| that □ on the person of or | X on the property or premises known as (name, description and/or location) | |

The above described article, currently located at 4141 Postmark Drive, Anchorage, AK 99530

| in the | | District of | ALASKA |
|---|---|---|---|

there is now concealed a certain person or property, namely (describe the person or property to be seized)

All spirituous, vinous, malted, fermented, or other intoxicating liquors in violation of Title 18 U.S.C Section 1716(f) and/or narcotic controlled substances, namely cocaine, marijuana, methamphetamine, and heroin, and/or proceeds from a control substance, in violation of Title 21 Section 841(a)(1) and 843(b) aud Title 18 Section 1716.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

Evidence of the below stated offenses.

| concerning a violation of Title | 18/21 | United States code, Section(s) | 841(a)(1), & 843(b) / 1716 |
|---|---|---|---|

The facts to support a finding of probable cause are as follows:

See attached affidavit of Postal Inspector Michael Kaminski

| Continued on the attached sheet(s) and made a part hereof: | X Yes | □ No |
|---|---|---|

SIGNATURE REDACTED / USPIS
/S/

Sworn to before me and subscribed in my presence,

| 8/7/09 | at | Anchorage, AK |
|---|---|---|
| Date | | City and State |
| Deborah M. Smith<br>United States Magistrate Judge<br>Name and Title of Judge | | /S/ DEBORAH M. SMITH<br>U.S. MAGISTRATE JUDGE<br>SIGNATURE REDACTED<br>Signature of Judge |