# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Michael Kaminski, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1.     I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances and Title 18 spirituous beverages, through the United States Mail. I have been a Postal Inspector since April 2005. As a Postal Inspector, I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. Since April 2006, I have been assigned to the Dangerous Mail Miscellaneous team (DMM) with my main objective to stop the importation of alcohol and controlled substances by U.S. Mail to communities in rural Alaska. In July of 2008, I attended a two day course presented by the Drug Enforcement Administration titled "Indoor Marijuana Cultivation Investigations". In July of 2008, I attended a three day training course presented by Multijurisdictional Counterdrug Task Force titled "International Money Laundering Investigations". In June 2006, I attended a one day (8 hour) training course presented by the California Department of Justice titled "Clandestine Laboratory

AUG -7 2009

First Responder Awareness Course". I have prior experience working as an undercover narcotics agent for a private company in Ohio for 18 months. I have participated in interviewing witnesses and cooperating individuals regarding illegal trafficking in drugs and alcohol importation and have read official reports of other officers. I have been a surveillance officer observing and recording movements of persons trafficking in drugs and those suspected of trafficking in drugs.

2. Intelligence and the personal experiences of myself and other law enforcement officers have demonstrated that the U.S. Postal Service is frequently utilized by drug dealers for shipping controlled substances and bootleggers for shipping alcohol to dry villages (a violation of Title 18, U.S.C 1716(f)). Use of the Postal Service is favored because of the speed, reliability, low cost, and perceived minimal chance of detection shipped in such a manner. Through experience gained in drug and alcohol importation investigations by Postal Inspectors and other law enforcement agents, and through information provided by individuals who have been involved in buying, selling, and shipping drugs and alcohol by the US Mail, the Postal Inspection Service has learned of certain characteristics, indicative of other packages previously identified as containing a controlled substance and/or alcohol. The Anchorage Domicile of the Postal Inspection Service utilizes these characteristics to screen Express Mail packages, Priority Mail packages, and Standard Rate packages received at the Anchorage Air Mail

AUG - 7 2009

2

03:09:MJ:00 134- JDR

Facility (AMF) and the Anchorage Processing & Distribution Center (P&DC), and to review Express Mail labels retained by the U. S. Postal Service

3. Based on my experience, training and discussions with other law enforcement officers experienced in drug/alcohol investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances and or alcohol from one location to another. Indicators for parcels that contain controlled substances, alcohol, and/or proceeds from controlled substances/alcohol include, but are not limited to the following:

   a. These packages in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

   b. When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of these controlled substances may be returned to the shipper. There are known source states, e.g., California, Arizona and Texas, based on experience and discussions, where controlled substances are mailed from. In addition, Anchorage is known as a source city for shipping alcohol and drugs throughout the state of Alaska

AUG - 7 2009

3

   c. A shipper sometimes mails the parcel containing controlled substances from an area different from the return address on the parcel because either: 1) the return address is fictitious; and/or 2) the shipper is attempting to conceal the actual location that the parcel was being mailed from in order to avoid detection.

   d. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped. Recently several parcels have been found to contain heat/vacuum sealed plastic baggies, and/or re-sealed cans containing controlled substances; I believe such efforts have been successful on occasion.

   e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, MDMA, and the proceeds from the sales of these controlled substances.

4. In this warrant application, I seek this Court's authority to search Priority Mail parcel addressed to "Carol Nashoanak, P.O. Box 71085, Stebbins, AK 99671"

from "A. Henderson, 4510 Mink Ave, Apt 10, Anchorage, AK 99508", which is described in greater detail below, for controlled substances and/or proceeds, in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b) and Title 18 U.S.C. Section 1716.

## RELEVANT FACTS PERTAINING TO PRIORITY MAIL PARCEL ADDRESSED TO CAROL NASHOANAK P.O. BOX 7108 STEBBINS AK 99671

5. On August 6, 2009, the US Priority Mail parcel that is the subject of this search warrant affidavit, addressed to "Carol Nashoanak, P.O. Box 71085, Stebbins, AK 99671" from "A. Henderson, 4510 Mink Ave, Apt 10, Anchorage, AK 99508" was received at the Postal Inspector's office in Anchorage due to a mailwatch. A photocopy of this parcel is attached as **Exhibit 1**. The parcel weighs approximately 23 pounds and 15.9 ounce. The parcel is described as a brown cardboard box with "US Priority Mail" tape on the bottom and clear tape across the top, approximately 12"x 14"x 20" with the address handwritten in black pen. The Priority parcel is affixed with a Postal Validation Imprinter (PVI) label bearing number 00014398-29 with $16.45 in postage. The parcel was mailed on July 31, 2009, from Anchorage, AK.

6. On August 6, 2009, your affiant contacted the primary box holder, Morris Nashoanak, via telephone. Mr. Nashoanak stated his daughter, Carol Nashoanak, does not live in Stebbins any longer. She moved to Anchorage four weeks ago.

AUG - 7 2009

Mr. Nashoanak stated he spoke to his daughter approximately five days prior and she did not mention anything about a parcel. Mr. Nashoanak stated he has reported his daughter to the Alaska State Troopers on several occasions regarding her and her boyfriend, Randy Henry, shipping alcohol and drugs through the mail. Mr. Nashoanak did not have a telephone number to contact Carol but would give her the message when she calls again.

7. The parcel was identified due to characteristics drug traffickers/bootleggers use to mask the scent and hide the true identity of the person and thus prevent detection of drugs/alcohol or drug/alcohol procceds being shipped through the mail. On this parcel, these characteristics include but are not limited to:

   a. Sender not found at return address. (Per Accurint, a law enforcement database under Lexis-Nexis, the sender, A. Henderson, is not found at the return address. The data provided by Accurint is a combination of over 33 billion records from over 8,800 different data sources which are updated daily, weekly, monthly, and annually, depending on the particular data source. Based on my experience and training, narcotic traffickers often use fictitious or incomplete names in an effort to conceal their identity from law enforcement officers investigating these types of cases.) (See Paragraph 3.a.)

   b. The return address is fictitious. (Searching on the Postal Service website, USPS.com, and Accurint, the return address of "4510 Mink Ave Apt 10,



Anchorage, AK 99508" is a non mailable address. This is done to hide the true identity of the mailer.)(See Paragraph 3.a.)

    c. Previous mailing to the P.O. Box 71085, Stebbins, AK 99671, on April 14, 2009, contained alcohol in the form of eight (8) 750 ml bottles of Monarch Vodka. The parcel was mailed from Anchorage. Photographs of the parcel and contents are attached as **Exhibit 2** and **Exhibit 3**.

    d. Previous mailing to Karla Henry, (the child of Carol Nashoanak and Randy Henry) P.O. Box 71030, Stebbins, AK 99671, on June 8, 2009, contained 161.6 gross grams of marijuana and twelve (12) 750 ml bottles of Monarch Vodka. The parcel was mailed from Anchorage. Based on my training and experience, bootleggers and narcotic sugglers use the names their children in attempt to hide the true identiy of the recipient. Photographs of the parcel and contents are attached as **Exhibit 4, Exhibit 5,** and **Exhibit 6**.

    e. Mailed from a source city of Anchorage. (See Paragraph 3.b.)

8. Pursuit to Alaska Statute AS 04.11.491, "Local Options", in November 1987, the village of Stebbins voted to ban the sale and importation of alcohol in their village.

9. Based on my experience investigating alcohol importation where the US mail is used, twelve (12) 750 ml bottles of alcohol weigh approximately 20 pounds. It has been my experience bootleggers tape bottles together to form one or several large objects, "burp" the bottles, meaning the air is squeezed out of the bottle to

alleviate the sound of "sloshing" or "gurgling", and surround the bottles with clothes, pillows, bubble wrap, or other packing material in attempt to disguise the actual contents of the parcel. The above described parcel weighs approximately 23 pounds and 15.9 ounces with the majority of the weight centralized in the box with some type of loose packaging material around the object. There is no "sloshing" or "gurgling" or any noise except for the packing material coming from the inside the parcel. In the previous parcel seized with alcohol addressed to Karla Henry (the young child of Carol Nashoanak and Randy Henry), the bottles were "burped" and wrapped in blankets. Attached are photographs of the seized parcel listed as **Exhibit 7 and 8**.

10. On August 7, 2009, the above mentioned US Priority Mail parcel was presented for external examination by Alaska National Guard Counter Drug Support Program (CDSP) narcotics detector canine "Tok". CDSP Tech Sergeant Rick Houck, "Tok" handler, advised that the canine did not exhibit a change in behavior consistent with the presence of the odor of a controlled substance the canine is trained to recognize. It has been your affiant's experience talking with other Postal Inspectors throughout the county of encounters with other parcels, that due to mailer's efforts outlined in Paragraph 3 (d) above, narcotics smugglers have been able to effectively mask and or seal the odor of the contraband; thereby defeating the canine examinations of said parcels. The subject parcel is currently in my custody at my office at 4141 Postmark Drive, Anchorage, AK 99530, and is in its original sealed and intact condition.

AUG - 7 2009

11. Based upon my training and experience as a Postal Inspector, I submit that the law enforcement intelligence on the subject parcel, the previous mailing of other parcels, and the circumstances surrounding the parcel and the recipient, provide probable cause to believe that the subject parcel contains a controlled substance and/or alcohol, and/or proceeds from drugs and/or alcohol sales, evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

SIGNATURE REDACTED

Michael Kaminski
Postal Inspector

Sworn to and subscribed before me
thi' /S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

United States Magistrate Judge



AUG - 7 2009



08-09-MJ-00131-JDR
Inspection Service
Exhibit
Label 113, July 1987













Inspection Service
Exhibit
8
Label 113, July 1987